United States District Court
Southern District of Texas
**ENTERED**
July 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRIER PATTON AND CAMILLE PATTON, *Plaintiffs*, and DAVID A. FETTNER *Receiver*, v. MID-CONTINENT CASUALTY COMPANY, *Defendant*. | CIVIL ACTION H-15-1371 |

**FINAL JUDGMENT**

In accordance with the order signed concurrently with this judgment, the magistrate judge's Memorandum and Recommendation (Dkt. 27) is ADOPTED IN FULL. Defendant Mid-Continent Casualty Company's motion for judgment on the pleadings (Dkt. 14) is GRANTED, and all claims asserted by plaintiffs Grier and Camille Patton and receiver David A. Fettner are DISMISSED WITH PREJUDICE. Judgment is ENTERED in favor of the defendant.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on July 19, 2016.

_____
Gray H. Miller
United States District Judge